# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**OSCAR FERNANDO MURCIA-RUIZ**

    **Defendant.**

Case No. 2:21-cr-247(2)
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

On May 16, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 45) recommending that the Court accept Defendant Oscar Fernando Murica-Ruiz's guilty plea to Count 1 of the Indictment. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and **AFFIRMED**, and Defendant's guilty plea is **ACCEPTED**.

    IT IS SO ORDERED.

**6/9/2021**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**